IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JORDAN COOK,<br><br>     Defendant. | **8:19CR409**<br><br>**ORDER** |

  Defendant Jordan Cook is ordered to report to the Office of the U.S. Marshal for processing, 111 South 18th Plaza, Basement Suite 6, Omaha, Nebraska, at 9:00 a.m. on June 8, 2020.

  **IT IS SO ORDERED.**

  Dated this 26th day of May, 2020.

                    BY THE COURT:

                    s/ Michael D. Nelson
                    United States Magistrate Judge